H. L. Wallach and S. W. Wallach, appellees, v. Yellow Cab Company, appellant. Gen. No. 30,769.

Action for negligent injury to property. Judgment for plaintiffs. Appeal from the Municipal Court of Chicago; the Hon. John F. Haas, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926.

Blake & Hanrahan, for appellant; James R. Hanrahan, of counsel. No appearance for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

Agnes Johnson, appellee, v. Yellow Cab Company, appellant. Gen. No. 30,778.

Action for personal injury. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Harry B. Miller, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926.

Samuels, Costello & Greenberg and C. C. Cunningham, for appellant. C. Helmer Johnson, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

In re petition of Royal Nordlund, insolvent debtor, arrested at suit of Henry Merle Williamson, appellee, on appeal of Royal Nordlund, appellant, v. The People of the State of Illinois, appellee. Gen. No. 30,787.

Petition for release from arrest under *ca. sa.* Order denying petition. Appeal from the County Court of Cook county; the Hon. John D. Biggs, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1925. Affirmed. Opinion filed October 13, 1926.

James H. McFarland, for appellant. Benjamin Levering, W. H. Millar and Elmer H. Heitmann, for Henry Merle Williamson, appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Ralph Sollitt, defendant in error, v. Wisconsin Lime & Cement Company, plaintiff in error. Gen. No. 30,824.

Action for negligent injury to property. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Samuel H. Trude, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. O'Connor, J., dissents. Opinion filed October 13, 1926.

N. I. Barry and Cassels, Potter & Bentley, for plaintiff in error. William L. Hart, for defendant in error; William L. Hart and Joseph P. Brodie, of counsel.

Mr. Justice Thomson delivered the opinion of the court.